FIFTH DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

Case No. 5D2025-0914
LT Case No. 16-2021-CF-3198

_____

EDWIN GARCIA,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Edwin Garcia, Moore Haven, pro se.

James Uthmeier, Attorney General, and Ryan Roy, Assistant
Attorney General, Tallahassee, for Respondent.

June 6, 2025

PER CURIAM.

The petition for belated appeal is granted. A copy of this
opinion shall be filed with the trial court and treated as the notice
of appeal from the January 21, 2025 order denying Petitioner's
motion for postconviction relief rendered in Case No. 16-2021-CF-
3198-A, in the Circuit Court in and for Duval County, Florida. *See*
Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

WALLIS, JAY, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____